AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-451(RAM) |
| DANIEL GARCIA-MARTIN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE UNITED STATES OF AMERICA  .

Date:    10/30/2025

/S SETH A. ERBE
*Attorney's signature*

Seth A. Erbe - 220807
*Printed name and bar number*
350 Chardon Ave; Suite 1201
San Juan, PR 00918

*Address*

seth.a.erbe@usdoj.gov
*E-mail address*

(787) 282-1840
*Telephone number*

*FAX number*