IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>      v.<br><br>DANIEL GARCIA-MARTIN<br>   Defendant. | CRIMINAL NO. 25-431 (RAM) |

**RULE 5(F) ORDER FOR DISCLOSURE OF EXCULPATORY EVIDENCE**

Pursuant to Fed. R. Crim. P. 5(f), as amended, the Government is reminded of its continuous obligation to disclose **all material exculpatory evidence** in accordance with Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. *See also* the Due Process Protection Act, S. 1380, Pub. L. No. 116-182.

The suppression of "evidence favorable to an accused […] violates due process irrespective of the good or bad faith of the prosecution." Brady, 373 U.S. at 87. Further, the failure to comply with disclosures may result in sanctions, disciplinary proceedings, the exclusion of evidence and the reversal of a conviction.

**IT IS SO ORDERED.**

In San Juan Puerto Rico, this 30th day of October, 2025.

                                                 S/ RAÚL M. ARIAS-MARXUACH
                                                 United States District Judge