### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL GARCÍA MARTÍN,<br>Defendant. | Criminal No. 25-431 (RAM) |

### MOTION REQUESTING PROTECTIVE ORDER

On October 23, 2025, Daniel García Martín was indicted for unlawfully possessing firearms and ammunition in violation of 18 U.S.C. § 922(g)(1). ECF No. 9. The Government is prepared to produce discovery and requests a protective order. A protective order governing the use and handling of discovery material is necessary because the discovery material contains sensitive and otherwise protected information.

In addition to the inherent power of district courts to supervise their proceedings, this Court is entrusted with authority to fashion appropriate protective orders regulating discovery pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure. Specifically, Rule 16(d)(1) provides that "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed.R.Crim.P. 16(d)(1). Thus, the Court may restrict the use of discovery material to safeguard sensitive information.

The United States respectfully requests that a protective order be issued which a) permits the United States to produce certain discovery by labeling said documents as "confidential"; b) limits Defendant's reproduction and dissemination of "confidential" documents; and c) requires the return of all "confidential" documents at the conclusion of the case.

Such a protective order will ensure that the United States can comply with its Rule 16 discovery obligations while not running afoul of its duty to safeguard otherwise sensitive and protected information. A proposed protective order is attached hereto for the Court's review. *See* Exhibit 1. The proposed order would not limit defendant's ability to contest the designation of evidence as "confidential" for discovery purposes.

WHEREFORE, the United States respectfully requests that the Court enter the requested protective order in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of November 2025.

        W. Stephen Muldrow
        United States Attorney

        *s/ Linet Olinghouse*
        Linet Olinghouse
        Assistant United States Attorney
        USDC-PR No. G03015
        United States Attorney's Office
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Linet.Olinghouse@usdoj.gov
        Tel: (787) 282-1843

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        *s/ Linet Olinghouse*
        Linet Olinghouse
        Assistant United States Attorney