IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. DANIEL GARCÍA-MARTÍN, *Defendant.* | CRIM. NUMBER: 25-431 (RAM) |

## MOTION TO RESTRICT

TO THE HONORABLE COURT:

    The undersigned filed a motion contemporaneously with the filing of the present motion. In order to maintain the privacy of information contained therein as to the defendant's personal information, family background, and his case, the undersigned requests leave to file the motion using the *Parties* viewing restriction (the government, U.S. Probation officer, and Mr. García will have access to the motion in compliance with District of Puerto Rico Standing Order No. 11, signed by the Honorable Raúl M. Arias-Marxuach on September 23, 2025). This restriction protects the interests of Mr. García. This motion to restrict is filed in compliance with Standing Order No. 9 issued by Judge Delgado-Colon, Misc. No. 03-149 (ADC).

    **I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record.

    **Respectfully submitted.**

In San Juan, Puerto Rico, this 7th day of November, 2025.

RACHEL BRILL
FEDERAL PUBLIC DEFENDER

***S/ Jessica E. Earl***
Jessica E. Earl
Assistant Federal Public Defender
USDC-PR No. 302613
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Jessica_Earl@fd.org

Case 3:25-cr-00431-RAM    Document 27    Filed 11/07/25    Page 2 of 2