## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

DANIEL GARCÍA MARTÍN,
Defendant.

Criminal No. 25-431 (RAM)

## JOINT INFORMATIVE MOTION

The United States has prepared a discovery package but is awaiting the Honorable Court's ruling on its Motion for a Protective Order before producing the discovery. *See* ECF No. 24. The defense is currently evaluating the government's proposed protective order and will be filing a response shortly. The parties request an additional 30 days to disclose and review discovery before discussing plea negotiations.

WHEREFORE, the parties respectfully request that the Honorable Court take notice of the instant filing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of November 2025.

W. STEPHEN MULDROW
United States Attorney

*/s/Linet Olinghouse*
Linet Olinghouse
Assistant United States Attorney
USDC-PR No. G03015
United States Attorney's Office
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Linet.Olinghouse@usdoj.gov
Tel: (787) 282-1843

**Rachel Brill**
Federal Public Defender
District of Puerto Rico


***S/Jessica E. Earl***
Jessica E. Earl
Assistant Federal Public Defender
USDC-PR No. 302613
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Jessica_Earl@fd.org


<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to all parties.


*/s/Linet Olinghouse*
Linet Olinghouse
Assistant United States Attorney