IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>DANIEL GARCIA-MARTIN<br><br>**Defendant** | CRIMINAL NO. 25-431-1 (RAM) |

**PROTECTIVE ORDER**

To expedite the flow of discovery material between the parties, to facilitate the prompt resolution of disputes over confidentiality, and to ensure that protection is afforded only to material so entitled, the United States' request for a protective order is hereby **GRANTED** and pursuant to the Court's authority under Fed. R. Crim. P. 16(d), it is further **ORDERED**:

**(1) Designation of Material Subject to this Protective Order.** To designate "confidential" material covered by this Protective Order, the United States shall so designate, on the material itself, in an accompanying cover letter, e-mail, or on a disk cover or label by using the following designation: "CONFIDENTIAL INFORMATION- SUBJECT TO PROTECTIVE ORDER."

**(2) Confidential Information in Open Court.** The procedures for use of designated confidential documents during any hearing or the trial of this matter shall be determined by the parties and the Court in advance of the hearing or trial.

**(3) Modification Permitted.** Nothing in this Order shall prevent any party from seeking modification of this Protective Order or from objecting to discovery that it believes to be otherwise proper.

**(4) No Waiver.** The failure to designate any materials as provided in paragraph 1 shall not constitute a waiver of a party's assertion that the materials are covered by this Protective Order.

**(5) No Ruling on Discoverability Nor Admissibility.** This Protective Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute a ruling on any potential objection to the discoverability of any material.

**(6) Disclosure to Agencies or Departments of the United States.** Nothing contained in this Protective Order shall prevent, or in any way limit or impair, the right of the United States to disclose to any agency or department of the United States, or any division of any such agency or department, designated materials relating to any potential violation of law or regulation, or relating to any matter within that agency's jurisdiction, nor shall anything contained in this Protective Order prevent, or in any way limit or impair, the use of any such designated materials by an agency in any proceeding relating to any potential violation of law or regulation, or relating to any matter within that agency's jurisdiction; provided, however, that the agency shall maintain

the confidentiality of the designated materials consistent with the terms of this Protective Order.

**(7) Dissemination of Confidential Information.** Counsel for defendant and/or anyone properly assisting counsel for defendant in the defense of this criminal case are barred from disseminating the designated confidential documents or its content to anyone other than the defense investigator(s), and other members of the defense team in connection with this criminal case. Further, counsel for defendant and/or anyone properly assisting counsel for defendant in the defense of this criminal case are barred from enabling the defendant to personally retain the designated confidential documents inside of any jail or detention facility.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of November, 2025.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge
