IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>vs.<br><br>DANIEL GARCÍA-MARTÍN,<br>*Defendant*. | CRIM. NUMBER: 25-431 (RAM) |

## MOTION TO ADVANCE OR CONTINUE STATUS CONFERENCE

TO THE HONORABLE COURT:

**COMES NOW** the defendant, Mr. Daniel García-Martín ("Mr. García"), represented by the Federal Public Defender for the District of Puerto Rico, and before the Honorable Court respectfully states and prays:

1. The Court set the first in-person status conference for December 17, 2025. D.E. # 32. Today, the Court continued the same until December 30, 2025. D.E. # 34.

2. Undersigned counsel is out of the jurisdiction on leave beginning December 22, 2025, and returning December 31, 2025. Given the nature of the case and the procedural history, undersigned counsel for Mr. Garcia wishes to be present at the status conference.

3. Given the calendar conflict, we respectfully request the Court either advance or continue the status conference to one of the following dates if possible for the Court:

    a. To the original date, December 17, 2025;

    b. December 18, 2025;

    c. December 19, 2025;

    d. January 7, 2026;

    e. January 8, 2026;

  f. January 9, 2026 any time after 12:00 p.m.

**WHEREFORE**, it is respectfully requested that this Honorable Court take note of the above-stated, grant the present motion, and either advance or continue the first in-person status conference.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of December, 2025.

              **RACHEL BRILL**
              Federal Public Defender

              *S/Jessica E. Earl*
              **Jessica E. Earl**
              Assistant Federal Public Defender
              USDC-PR No. 302613
              241 F.D. Roosevelt Ave.
              Hato Rey, P.R. 00918-2441
              (787) 281-4922/ Fax (787) 281-4899
              E-mail: Jessica_Earl@fd.org