**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    **Plaintiff**

      **v.**

DANIEL GARCIA-MARTIN,
    **Defendant.**

**CRIMINAL NO.**: 25-431 (RAM)

**UNITED STATES OF AMERICA'S MOTION FOR**
**PRELIMINARY ORDER OF FORFEITURE**

TO THE HONORABLE COURT:

    COMES NOW, the United States of America and submits:

1. Defendant Daniel Garcia-Martin made a straight plea. As per his straight plea, he forfeited to the United States his interest in any firearm and ammunition involved or used in the commission of those offenses, including but not limited to one (1) Silver revolver labeled H. Weihrauch, bearing serial number 802693; one (1) Smith and Wesson revolver bearing serial number 8079013; one (1) 357 Magnum Ruger revolver bearing serial number 155-58078; one (1) Ekol Firat 9mm pistol; forty-two (42) rounds of .357 caliber ammunition; sixty-four (64) rounds of .38 caliber ammunition; one (1) round of 9mm caliber ammunition; and thirty-six rounds of .32 caliber ammunition. [1] *See* ECF No. 40.

---

[1] The Court has jurisdiction pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure to order the defendant, as part of the sentence, to forfeit the properties to the United States.

*Criminal No.: 25-431 (RAM)*

2.  The United States is seeking a Preliminary Order of Forfeiture as to the properties.  To dispose of the properties, a Preliminary Order of Forfeiture and a Final Order of Forfeiture are required.

3.  Upon the issuance of a Preliminary Order of Forfeiture, the United States will publish notice of the Order on the official government internet site, ([www.forfeiture.gov](www.forfeiture.gov)), as required by 21 U.S.C. § 853(n).  Notice of this Order will include notice of the Federal Bureau of Investigation's (FBI) intent to dispose of the properties in a manner directed by the Attorney General.  The United States will send direct notice to any person, having or claiming a legal interest in the properties, advising such person of his or her right to file a petition with the Court to contest the forfeiture in accordance with 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.  Copy of any petition should be served on Assistant United States Attorney, Seth Erbe, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  This notice will state that any petition requested is to be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties; must be signed by the petitioner under penalty of perjury; and must set forth the nature and extent of the petitioner's rights, title, or interest in the forfeited properties, as well as any additional facts supporting the petitioner's claim and the relief sought.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture forfeiting to the United States defendant's interest in any firearm and ammunition involved or used in the commission of those offenses, including but

*Criminal No.: 25-431 (RAM)*

not limited to one (1) Silver revolver labeled H. Weihrauch, bearing serial number 802693; one (1) Smith and Wesson revolver bearing serial number 8079013; one (1) 357 Magnum Ruger revolver bearing serial number 155-58078; one (1) Ekol Firat 9mm pistol; forty-two (42) rounds of .357 caliber ammunition; sixty-four (64) rounds of .38 caliber ammunition; one (1) round of 9mm caliber ammunition; and thirty-six rounds of .32 caliber ammunition.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 30th day of March 2026.

W. STEPHEN MULDROW
United States Attorney


 s/Seth A. Erbe
Seth A. Erbe
Assistant United States Attorney
U.S.D.C. No.: 220807
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
Tel: 787-766-5656
Email: seth.a.erbe@usdoj.gov


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date, March 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

 s/Seth A. Erbe
Seth A. Erbe
Assistant United States Attorney