**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff, | |
| | **Case No. 3:25-cr-431-1 (RAM)** |
| **v.** | |
| **DANIEL GARCIA-MARTIN** | |
| Defendant, | |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, defendant Daniel Garcia-Martin made a straight plea; and

WHEREAS, as per his straight plea, he forfeited to the United States his interest in any firearm and ammunition involved or used in the commission of those offenses, including but not limited to one (1) Silver revolver labeled H. Weihrauch, bearing serial number 802693; one (1) Smith and Wesson revolver bearing serial number 8079013; one (1) 357 Magnum Ruger revolver bearing serial number 155-58078; one (1) Ekol Firat 9mm pistol; forty-two (42) rounds of .357 caliber ammunition; sixty-four (64) rounds of .38 caliber ammunition; one (1) round of 9mm caliber ammunition; and thirty-six rounds of .32 caliber ammunition; and

WHEREAS, the United States has made a sufficient showing of the forfeitability of the properties; and

1

Cr. 25-431-1(RAM)

_____

WHEREAS, the Court has jurisdiction pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure to order the defendant, as part of his sentence, to forfeit the properties to the United States; accordingly,

IT IS ORDERED,

1. That the United States is now entitled to possession of the one (1) Silver revolver labeled H. Weihrauch, bearing serial number 802693; one (1) Smith and Wesson revolver bearing serial number 8079013; one (1) 357 Magnum Ruger revolver bearing serial number 155-58078; one (1) Ekol Firat 9mm pistol; forty-two (42) rounds of .357 caliber ammunition; sixty-four (64) rounds of .38 caliber ammunition; one (1) round of 9mm caliber ammunition; and thirty-six rounds of .32 caliber ammunition, free and clear, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure and any and all of the defendant's interest in the properties is forfeited to the United States; and it is further

ORDERED that the United States is authorized to seize the properties for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure; and it is further

ORDERED that upon the issuance of this Preliminary Order of Forfeiture, the United States will publish notice of the Order on

Cr. 25-431-1(RAM)
_____

the official government internet site, (www.forfeiture.gov), as required by 21 U.S.C. § 853(n); and it is further

ORDERED that notice of this Order will include notice of the Federal Bureau of Investigation's (FBI) intent to dispose of the properties in a manner directed by the Attorney General; and it is further

ORDERED that the United States will notify any person, having or claiming a legal interest in the properties, advising such person of his or her right to file a petition with the Court to contest the forfeiture in accordance with 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure; and it is further

ORDERED that a copy of any petition should be served on Assistant United States Attorney, Seth A. Erbe, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier; and it is further

ORDERED that the notice will state that the petition is for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's rights, title or interest in the forfeited properties and any additional fact supporting the petitioner's claim and the relief sought.

Cr. 25-431-1(RAM)

_____

2. Upon adjudication of all third-party interests, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853; and Rule 32.2 of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

**IT IS SO ORDERED.**

In San Juan Puerto Rico, this 30th day of March, 2026.

S/ RAÚL M. ARIAS-MARXUACH

United States District Judge

4